FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 13-18865 | RAM | Judge: ROBERT A. MARK |
|---|---|---|---|
| Case Name: | LANDEO, JOSE | | |
| For Period Ending: | 06/30/13 | | |

| Trustee Name: | DREW M. DILLWORTH |
|---|---|
| Date Filed (f) or Converted (c): | 04/19/13 (f) |
| 341(a) Meeting Date: | 05/31/13 |
| Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 515 GLENRIDGE RD., KEY BISCAYNE, FL DEBTOR'S HOMES | 940,118.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND<br>   Cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| 3. BANK OF AMERICA CHECKING ACCT #8160<br>   Bank of America Checking Acct #8160 | 600.00 | 0.00 | | 0.00 | FA |
| 4. BANK OF AMERICA SAVINGS ACCT #5006<br>   Bank of America Savings Acct #5006 | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS BASED ON FURNITURE INVENTORY LIST<br>   Household Goods Based on Furniture Inventory List | 2,970.00 | 0.00 | | 0.00 | FA |
| 6. MISC. CLOTHING<br>   Misc. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. MISC. JEWELRY BASED ON JEWELRY INVENTORY LIST<br>   Misc. Jewelry Based on Jewelry Inventory List | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. FIDELITY ROLLOVER IRA #6995<br>   Fidelity Rollover IRA #6995 | 96,730.97 | 0.00 | | 0.00 | FA |
| 9. LANDMART FAMILY TRUST ASSET: FIDELITY ACCT #1504<br>   Landmart Family Trust Asset: Fidelity Acct #1504 | 2,091.72 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.02e

FORM 1 - EXHIBIT A - schedules
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page: 2

Case No.: 13-18865 RAM  Judge: ROBERT A. MARK  
Case Name: LANDEO, JOSE  

Trustee Name: DREW M. DILLWORTH  
Date Filed (f) or Converted (c): 04/19/13 (f)  
341(a) Meeting Date: 05/31/13  
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. 2004 MINI COOPER HATCHBACK 2D ESTIMATED MILEAGE: 9  2004 MINI Cooper Hatchback 2D Estimated Mileage: 94,000 Based on KBB Report. | 4,251.00 | 0.00 | | 0.00 | FA |
| 11. 2006 BMW 3 SERIES 325I SEDAN 4D ESTIMATED MILEAGE:  2006 BMW 3 Series 325i Sedan 4D Estimated Mileage: 49,000 Based on KBB Report. | 13,208.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)   $1,064,379.69   $0.00   $0.00   

Gross Value of Remaining Assets  
$0.00  
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee hired Eric Silver to investigate

Initial Projected Date of Final Report (TFR): 12/30/15    Current Projected Date of Final Report (TFR): 12/30/15

_____  Date: _____  
DREW M. DILLWORTH

LFORM1

Ver: 17.02e